# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JADA H., Individually, and on behalf of A.A.H., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| PEDRO RIVERA, et al., | : | No. 18-487 |
| Defendants. | : | |

## ORDER

AND NOW, on **June 6, 2019**, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (doc. 32) and all responses thereto, it is ORDERED that Plaintiff is awarded $43,659.40 in fees and costs.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE